# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Franco Loaeza v. Ball _____ Docket No.: 26-2905 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Adam A. Khalil

Firm: Department of Justice, United States Attorney's Office - Western District of New York

Address: 100 State Street, Suite 500, Rochester, NY 14614

Telephone: (585) 399-3979 ________________________ Fax: (585) 399-3936

E-mail: Adam.Khalil@usdoj.gov

**Appearance for:** Appellants Michael Ball, Peter Sukmanowski, Warden, Markwayne Mullin, Todd Blanche, David J. Venturella
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ______________________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ______________________________)
(name/firm)

☑ Additional counsel (co-counsel with: Tiffany H. Lee, AUSA)
(name/firm)

☐ Amicus (in support of: ______________________________)
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 07/27/2026 OR

☐ I applied for admission on ______________________________.

Signature of Counsel: ADAM KHALIL Digitally signed by ADAM KHALIL Date: 2026.10.15 09:06:38 -04'00'

Type or Print Name: Adam A. Khalil