# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Franco Loaeza v. Ball Docket No.: 26-2905

Lead Counsel of Record (name/firm) or Pro se Party (name): Tiffany H. Lee, AUSA

Appearance for (party/designation): Appellant Michael Ball, Peter Sukmanowski, Warden, Markwayne Mullin, Todd Blanche, David J. Venturella

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ✔ ) Correct
(   ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
( ✔ ) Correct
(   ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: __________
(   ) Incorrect. Please change the following parties' designations:
Party    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ✔ ) Correct
(   ) Incorrect or Incomplete, and should be amended as follows:

Name: __________
Firm: __________
Address: __________
Telephone: __________ Fax: __________
Email: __________

## RELATED CASES

( ✔ ) This case has not been before this Court previously.
(   ) This case has been before this Court previously. The short title, docket number, and citation are: __________

(   ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: __________

## CERTIFICATION

I certify that ( ✔ ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 10/25/2024 OR that (   ) I applied for admission on __________ or renewal on __________. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: TIFFANY LEE Digitally signed by TIFFANY LEE Date: 2026.10.16 11:23:36 -04'00'
Type or Print Name: Tiffany H. Lee
OR
Signature of pro se litigant: __________
Type or Print Name: __________
(   ) I am a pro se litigant who is not an attorney.
(   ) I am an incarcerated pro se litigant.