# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

**THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT**

| CASE TITLE | DISTRICT | DOCKET NUMBER |
|---|---|---|
| Franco Loaeza v. Ball | WDNY | 26-CV-00945-MAV |
| | **JUDGE**<br>Hon. Meredith A. Vacca | **APPELLANT**<br>Respondents |
| | **COURT REPORTER**<br>Joony L. Odenbach | **COUNSEL FOR APPELLANT**<br>AUSA Adam A. Khalil |

**Check the applicable provision:**

☑ I am ordering a transcript.

☐ I am not ordering a transcript.

**Reason for not ordering a transcript:**

☐ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)**

7/21/2026 Evidentiary Hearing

**METHOD OF PAYMENT** ☐ Funds ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS

☑ OTHER (Specify in the space below):

Evidentiary Hearing

**DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)**

Adam A. Khalil
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500, Rochester, New York 14614
(585) 399-3979
adam.khalil@usdoj.gov

**If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /s/Adam A. Khalil | 10/27/2026 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTER | DATE |
|---|---|
| | |